E-FILED
Wednesday, 06 October, 2004  03:39:57 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) |
| | ) |
| Plaintiffs, | )   No. |
| | ) |
| vs. | ) |
| | ) |
| C.B. ACCOUNTS, INC. | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiffs' Carson and Melissa Conaway furnishes the following in compliance with Rule 11.3 of this Court:

(1) CARSON CONAWAY and MELISSA CONAWAY

(2) N/A

(3) Londrigan, Potter, & Randle, P.C of Springfield, Illinois.

DATE: October 6, 2004

                                          CARSON CONAWAY AND MELISSA CONAWAY, Plaintiffs

                             By:    s/ DOUGLAS J. QUIVEY
                                          Douglas J. Quivey Bar Number: 6225888
                                          Attorney for Defendants
                                          LONDRIGAN, POTTER & RANDLE, P.C.
                                          1227 South 7th Street
                                          P.O. Box 399
                                          Springfield, Illinois 62705
                                          Telephone:  (217) 544-9823
                                          Fax:  (217)544-9826
                                          E-Mail: doug@lprpc.com