E-FILED
Thursday, 20 January, 2005   01:03:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | | |
|---|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, | ) ) ) | Case No. 2004-3225 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| C. B. ACCOUNTS, INC. | ) ) | |
| Defendant. | ) | |

## ANSWER

Defendant, C. B. ACCOUNTS, INC., by its attorneys, HINSHAW & CULBERTSON LLP, states the following in answer to the Complaint filed herein.

## COUNT I

1. Defendant admits that the suit is filed pursuant to the citations pleaded in paragraph 1.

2. Defendant does not admit that its conduct was unlawful, but does admit the conduct was committed within the Central District of Illinois.

3. Defendant admits the allegations contained in paragraph 3.

4. Defendant admits the allegations contained in paragraph 4.

5. Defendant is without knowledge or information to form a belief as to the truth of this averment.

6. Defendant admits the allegations contained in paragraph 6.

7. Defendant admits the allegations contained in paragraph 7.

8. Defendant admits the allegations contained in paragraph 8.

9. Defendant is without knowledge or information to form a belief as to the truth of this averment.

10. Defendant admits the allegations contained in paragraph 10.

11. Defendant denies the allegations contained in paragraph 11.

12. Defendant denies the allegations contained in paragraph 12.

13. Defendant admits the allegations contained in paragraph 13.

14. Defendant admits the allegations contained in paragraph 14.

15. Defendant denies the allegations contained in paragraph 15.

16. Defendant denies the allegations contained in paragraph 16.

17. Defendant denies the allegations contained in paragraph 17.

18. Defendant does not know if such a letter was written, but it has no record of receiving such a letter.

19. Defendant denies that any such letter or credit card receipt was received.

20. Defendant denies the allegations contained in paragraph 20.

21. Defendant is without knowledge or information to form a belief as to the truth of this averment.

22. Defendant denies the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23.

WHEREFORE, Defendant, C. B. ACCOUNTS, INC., prays for judgment in its favor, together with costs of this suit.

## **AFFIRMATIVE DEFENSES TO COUNT I**

For its affirmative defenses to Count I, the Defendant, C. B. ACCOUNTS, INC., alleges as follows:

60127588v1 128616

**I.**

The action of the Plaintiffs, or a part thereof, is barred by the statute of limitations.

**II.**

Any violation was not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid such errors.

WHEREFORE, Defendant, C. B. ACCOUNTS, INC., prays for judgment in its favor, together with costs of this suit.

## COUNT II

24.-47.    Defendant, C. B. ACCOUNTS, INC., realleges its answers to paragraph 1 through 23 of Count I as its answers to paragraphs 24 through 47 of this Count II.

48.    Defendant denies the allegations contained in paragraph 48.

49.    Defendant admits the allegations contained in paragraph 49.

50.    Defendant denies the allegations contained in paragraph 50.

51.    Defendant denies the allegations contained in paragraph 51.

52.    Defendant denies the allegations contained in paragraph 52.

WHEREFORE, C.B. ACCOUNTS, INC., prays for judgment in its favor, together with costs of this suit.

## COUNT III

53.-76.    Defendant, C. B. ACCOUNTS, INC., realleges its answers to paragraphs 1 through 23 of Count I as and for its answers to paragraphs 53 through 76 of this Count III.

77.    Defendant denies the allegations contained in paragraph 77.

78.    Defendant admits the allegations contained in paragraph 78.

79.    Defendant denies the allegations contained in paragraph 79.

80.    Defendant denies the allegations contained in paragraph 80.

81.     Defendant denies the allegations contained in paragraph 81.

WHEREFORE, Defendant, C. B. ACCOUNTS, INC., prays for judgment in its favor, together with costs of this suit.

## COUNT IV

82.-105.   Defendant, C. B. ACCOUNTS, INC., repeats and realleges its answers to paragraphs 1 through 23 of Count I as and for its answers to paragraph 82 through 105 of this Count IV.

106.    Defendant denies the allegations contained in paragraph 106.

107.    Defendant denies the allegations contained in paragraph 107 .

WHEREFORE, Defendant, C. B. ACCOUNTS, INC., prays for judgment in its favor, together with costs of this suit.

## COUNT V

108.-131.  Defendant, C. B. ACCOUNTS, repeats and realleges its answers to paragraphs 1 through 23 of Count I as and for its answers to paragraphs 108 through 131 of this Count V.

132.    Defendant denies the allegations contained in paragraph 132.

133.    Defendant denies the allegations contained in paragraph 133.

WHEREFORE, Defendant, C. B. ACCOUNTS, INC., prays for judgment in its favor, together with costs of this suit.

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2005, I electronically filed for Counsel of Record for C. B. ACCOUNTS, INC. Answer with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**  Email: doug@lprpc.com

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60127588v1 128616