E-FILED
Thursday, 20 January, 2005  01:09:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, | ) Case No. 2004-3225 )  )  ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| C. B. ACCOUNTS, INC. | ) ) |
| Defendant. | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the Defendant, C. B. ACCOUNTS, INC., furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of every party or amicus the attorney represents in this case: C. B. ACCOUNTS, INC.

2. C. B. ACCOUNTS, INC. is a corporation:

    a. The parent corporation is Convergent Resources, Inc.
    b. Neither the defendant or the parent corporation are publicly-held companies.

3. The name of all law firms whose partners or associates appear for a party or expected to appear for the party in the case: Hinshaw & Culbertson LLP.

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2005, I electronically filed Counsel of Record for C. B. ACCOUNTS, INC. Certificate of Interest with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**       Email: doug@lprpc.com

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2