AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Carson Conaway & Melissa Conaway

V.

C.B. Accounts, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3225

TO: (Name and address of Defendant)

C.B. Accounts, Inc. c/o Mikel J. Burroughs; 1101 Main St., Suite 300, Peoria, IL  61606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

United States District Court, Central District of Illinois, 600 East Monroe, Street, Springfield, Illinois 62701

an answer to the complaint which is served on you with this summons, within ___thirty (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                                      December 28, 2004
_____                           _____
CLERK                                                                            DATE

s/M. Rankin
_____
(By) DEPUTY CLERK

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

## CORPORATION

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 04-0 -03225    0412361

I HAVE THIS 28TH DAY OF DECEMBER, 2004, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON BURROUGHS, MIKEL    AND CHRIS HANSON
REGISTERED AGENT, OFFICER, OR AGENT OF THE CORPORATION.

PERSON SERVED : SEX F  RACE W  AGE 052  TIME 11:30:AM  DATE 12/28/2004
PLACE OF SERVICE: 1101    MAIN #300    PEORIA    , IL 61606
SERVICE FEE DUE : $16.83
MICHAEL D. MC COY    BY:    0419    AVINO, DEBRA
SHERIFF OF PEORIA COUNTY

OFFICER : *Debra Avino*

SENT COPY: _____

### SERVICE HISTORY

12/29/2004 09:43 AM 0419 CORPORATION SERVED - REG AGENT
  *SERVICE COMPLETE*