E-FILED
Thursday, 03 February, 2005  10:16:06 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, ) | Case No.  2004-3225 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| C. B. ACCOUNTS, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR CONTINUANCE OF TELEPHONE STATUS/SCHEDULING CONFERENCE**

NOW COMES the Defendant, C. B. ACCOUNTS, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and moves to continue the telephone status/scheduling conference presently set for Tuesday, February 15, 2005 at 9:00 a.m.  As grounds therefor, it is respectfully submitted that the attorney who is responsible for this case on behalf of the Defendant, D. Bradley Blodgett, of Hinshaw & Culbertson LLP, is set to commence a jury trial in the Circuit Court of Madison County before the Honorable A. A. Matoesian in the case of *Clendenny v. Equilon Enterprises, et al.*  This case is reported to be the first on the list and there is no chance of settlement, as a mediation session failed.  The case is expected to last 10 days to 2 weeks.  Consequently, the attorney principally responsible for the defense of the defendant, C.B. Accounts, Inc., in this case will be unavailable for the presently scheduled status/scheduling conference.

For this reason, it is respectfully moved that this Honorable Court enter an Order continuing the status/scheduling conference to a new date convenient to the Court and the parties, at least two weeks after February 14, 2005.

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2005, I electronically filed for Counsel of Record for C. B. ACCOUNTS, INC. Motion with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**           Email: doug@lprpc.com

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134