E-FILED
Friday, 04 February, 2005  09:07:11 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2004-CV-3225-JES-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| C.B. ACCOUNTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE**

Plaintiffs, Carson and Melissa Conaway, by their attorney, Douglas J. Quivey of Londrigan, Potter, and Randle, P.C. responds as follows to Defendant's motion to continue:

1. Plaintiffs have no objection to Defendant's motion to continue the Telephone Status conference currently set for February 15, 2005.

Respectfully Submitted,

_____
By:  /s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiffs
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com.

                                       By:  s/ Douglas J. Quivey
                                              Douglas J. Quivey Bar Number: 6225888
                                              Attorney for Defendants
                                              LONDRIGAN, POTTER & RANDLE, P.C.
                                              1227 South 7th Street
                                              P.O. Box 399
                                              Springfield, Illinois 62705
                                              Telephone:  (217) 544-9823
                                              Fax:  (217) 544-9826
                                              E-Mail: doug@lprpc.com