E-FILED
Wednesday, 09 February, 2005 03:58:12 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2004-CV-3225-JES-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| C.B. ACCOUNTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2005, I presented this Certificate of Service showing service of Plaintiff's Rule 26(A)(1) Disclosures to Defendant C.B. Accounts, Inc., to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com.

By:  s/ DOUGLAS J. QUIVEY
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com