E-FILED
Tuesday, 22 February, 2005  10:35:07 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2004-CV-3225-JES-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| C.B. ACCOUNTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT PROPOSED DISCOVERY PLAN

Plaintiffs, Carson and Melissa Conaway, by their attorney, Douglas J. Quivey of Londrigan, Potter, and Randle, P.C. and Defendant, C.B. Accounts, Inc., by its attorney, D. Bradley Blodgett of Hinshaw & Culbertson, LLP. and furnishes the following in compliance with this Court's January 20, 2005 Order of this Court:

1. Initial Rule 26 disclosures to be made no later than February 28, 2005.

2. No motions to join other parties or to amend the pleading are to be filed after August 1, 2005.

3. Plaintiff to identify testifying experts and to provide Rule 26 expert reports by July 1, 2005. Defendants to identify experts and to provide Rule 26 expert reports by September 1, 2005.

4. Fact discovery to be complete by September 1, 2005. All discovery to be complete by November 1, 2005.

5. Dispositive motion deadline November 1, 2005.

Respectfully Submitted,

By:  /s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com


By:  /s/ D. Bradley Blodgett
D. Bradley Blodgett Bar Number: 0231134
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: bblodgett@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com

By:  s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217) 544-9826
E-Mail: doug@lprpc.com