### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2004-CV-3225-JES-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| C.B. ACCOUNTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on January 20,2 005,with attorneys Douglas J. Quivey and D. Bradley Blodgett.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.   Initial disclosures under Rule 26 to be made no later than February 28, 2005.

2.   No motions to join other parties or to amend the pleadings to be filed after to August 1, 2005.

3.   All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by July 1, 2005.  All Defendants are to identify testifying experts and to provide Rule 26 expert reports by September 1, 2005.

4.   The parties have until September 1, 2005, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal rules of

Civil Procedure in which to comply. The parties have until November 1, 2005 to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until November 1, 2005 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-trial Conference is scheduled for _____ at __.m. before U.S. District Judge _____. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

8. Trial is scheduled for _____ at ____ a.m. on the trial calendar of U.S. District Judge Scott.

9. If the parties consent to trial before U.S. Magistrate Judge Charles H. Evans, the final pre-trial date and trial date may be changed.

10. A settlement conference will be hosted by U.S. Magistrate Judge Charles H. Evans in Springfield by joint request of the parties.

11. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to

attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRETRIAL DATE,

DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.


ENTERED _____     \_s/_____
                                          CHARLES H. EVANS
                                          U.S. MAGISTRATE JUDGE