### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2004-CV-3225-JES-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| C.B. ACCOUNTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on May 4, 2005, I presented this Certificate of Service showing service of Plaintiffs' First Set of Interrogatories to Defendant and Plaintiffs' First Request for Production of Documents to Defendant, to Defendant, C.B. Accounts, Inc., to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com . The originals of the above documents were forwarded to D. Bradley Blodgett, Hinshaw & Culbertson LLP, 400 S. 9th St., Suite 200, Springfield, IL 62701.

                                    By:  s/ Douglas J. Quivey
                                              Douglas J. Quivey Bar Number: 6225888
                                              Attorney for Plaintiffs
                                              LONDRIGAN, POTTER & RANDLE, P.C.
                                              1227 South 7th Street
                                              P.O. Box 399
                                              Springfield, Illinois 62705
                                              Telephone:  (217) 544-9823
                                              Fax:  (217) 544-9826
                                              E-Mail: doug@lprpc.com