E-FILED
Friday, 08 July, 2005  01:40:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, ) ) ) | Case No. 2004-3225 |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| C. B. ACCOUNTS, INC. ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed for Counsel of Record for C. B. ACCOUNTS, INC. this Certificate of Service showing service of Defendant's Answers to Plaintiff's First Set of Interrogatories and Defendant's Response to Plaintiff's First Request for Production of Documents with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**          Email: doug@lprpc.com

The originals of the above documents were forwarded to Douglas J. Quivey, Londrigan, Potter & Randle, P.C., 1227 South 7th Street, P.O. Box 399, Springfield, Illinois, 62705.

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60134722v1 850011