**E-FILED**
Friday, 08 July, 2005  04:52:56 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2004-CV-3225-JES-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| C.B. ACCOUNTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2005, I presented this Certificate of Service showing service of Plaintiffs' Response to Defendant's First Set of Interrogatories to Plaintiffs and Plaintiffs' Response to Defendant's First Request for Production of Documents to Plaintiffs, to Defendant, C.B. Accounts, Inc., to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com . The originals of these documents were forwarded to D. Bradley Blodgett, Hinshaw & Culbertson LLP, 400 S. 9th St., Suite 200, Springfield, IL 62701.

By: s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiffs
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217) 544-9826
E-Mail: doug@lprpc.com