UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | | |
|---|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, | ) | Case No. 2004-3225 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| C. B. ACCOUNTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

    PLEASE TAKE NOTICE that at the below-stated date, hour and place the discovery deposition of the following individual will be taken before a notary public on oral interrogatories for discovery in this case.

DATE, HOUR AND PLACE:     **Monday, September 12, 2005, commencing at 2:00 p.m. at Londrigan, Potter & Randle, P.C., 1227 South Seventh Street, Springfield, IL, 62705**

WITNESS TO BE DEPOSED:     **CARSON CONAWAY and MELISSA CONAWAY**

COURT REPORTING SERVICE:     **Sandra K. Haines, CSR**

    s/ D. Bradley Blodgett
    Hinshaw & Culbertson LLP
    400 S. 9th St., Suite 200
    Springfield, IL   62701
    Phone:  217-528-7375
    Fax: 217-528-0075
    E-mail:  bblodgett@hinshawlaw.com
    Attorney Bar No. 0231134

## CERTIFICATE OF SERVICE

 I hereby certify that on August 11, 2005, I electronically filed C. B. ACCOUNTS, INC. Notice of Deposition with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**     Email: doug@lprpc.com

                s/ D. Bradley Blodgett
                Hinshaw & Culbertson LLP
                400 S. 9th St., Suite 200
                Springfield, IL 62701
                Phone: 217-528-7375
                Fax: 217-528-0075
                E-mail: bblodgett@hinshawlaw.com
                Attorney Bar No. 02311