E-FILED
Thursday, 11 August, 2005   01:39:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

|  |  |
|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, ) ) ) | Case No.  2004-3225 |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| C. B. ACCOUNTS, INC. ) ) | |
| Defendant. | |

## NOTICE OF SERVICE

The undersigned, counsel of record for the Defendant, C. B. ACCOUNTS, INC., hereby certifies that he served a copy of C.B. Accounts' Offer of Judgment by mailing same to the following attorney of record on the 11th day of August, 2005.

Mr. Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134