E-FILED
Thursday, 01 September, 2005  03:01:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHANCERY DIVISION

| | |
|---|---|
| CARSON CONAWAY and MELISSA CONAWAY,<br><br>      Plaintiffs,<br><br>vs.<br><br>C. B. ACCOUNTS, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2004-3225<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed Defendant's CERTIFICATE OF SERVICE of Defendant's Compliance With Scheduling Order Disclosure of Experts with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

    Mr. Douglas J. Quivey      doug@lprpc.com

and I hereby certify that on _____, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

                                                      s/ D. Bradley Blodgett
                                                      Hinshaw & Culbertson LLP
                                                      400 S. 9th St., Suite 200
                                                      Springfield, IL   62701
                                                      Phone: 217-528-7375
                                                      Fax: 217-528-0075
                                                      E-mail: bblodgett@hinshawlaw.com
                                                      Attorney Bar No. 0231134
                                                      Attorney for Defendant