UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, | ) ) ) | Case No. 2004-3225 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| C. B. ACCOUNTS, INC. | ) ) | |
| Defendant. | ) | |

## ADDITIONAL PRE-TRIAL DISCLOSURE

NOW COMES the Defendant, C. B. ACCOUNTS, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby makes the following additional pre-trial disclosure. As required by said Rule, the Defendant promptly files this information with the Court.

(A)     The name and if not previously provided, the address and telephone number of each witness separately identifying those whom the party expects to present and those whom the party may call if the need arises:

Michael Dynak, 1101 Main Street, Peoria, IL, Telephone No. (309) 669-2633.

Mr. Dynak may be called as a witness if the need arises in connection with the telephone log about calls made to the Plaintiffs, which said log was produced in this cause in response to Plaintiff's Request to Produce on or about the 5th day of July, 2005.

(B)     If Mr. Dynak is called as a witness, it is anticipated he will be presented live; and

(C)     Mr Dynak is the information systems director of the Defendant, C.B. Accounts and will testify along with witness Jan Draher, previously disclosed, how the telephone calls are made and recorded in the said log.

60142568v1 850011

                                <u>s/ D. Bradley Blodgett</u>
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  <u>bblodgett@hinshawlaw.com</u>
Attorney Bar No. 0231134

60142568v1 850011

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2006, I electronically filed for Counsel of Record for C. B. ACCOUNTS, INC. **Additional Pre-trial Disclosure** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**　　　　　Email: doug@lprpc.com

and by mailing to:

Douglas J. Quivey
Londrigan, Potter & Randle, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL   62705

                                        s/ D. Bradley Blodgett
                                        Hinshaw & Culbertson LLP
                                        400 S. 9th St., Suite 200
                                        Springfield, IL   62701
                                        Phone:  217-528-7375
                                        Fax: 217-528-0075
                                        E-mail:  bblodgett@hinshawlaw.com
                                        Attorney Bar No. 0231134