UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, | ) ) ) | Case No. 2004-3225 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| C. B. ACCOUNTS, INC. | ) ) | |
| Defendant. | ) | |

## MOTION TO SET SETTLEMENT CONFERENCE

NOW COMES the Defendant, C. B. ACCOUNTS, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and moves that this Honorable Court set a settlement conference in this cause pursuant to Rule 16.1(B) of the Local Rules of the United States District Court for the Central District of Illinois.  As grounds therefor, the Defendant believes that this is a case that may be resolved by settlement.  The nature of the case is a claim that the Defendant violated certain provisions of the Fair Debt Collection Act, and Defendant is willing to make what it believes to be a fair settlement offer to conclude the case, and it is believed that the good offices of this Court may well help the parties to resolve the settlement issues.

For the foregoing reasons, the Defendant respectfully moves that this Honorable Court set a settlement conference in this cause.

/s/ D. Bradley Blodgett
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134

60144418v1 850011

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed C. B. ACCOUNTS, INC. Motion to Set Settlement Conference with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Douglas J. Quivey**     Email: doug@lprpc.com

 

s/ D. Bradley Blodgett
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com
Attorney Bar No. 0231134