E-FILED
Tuesday, 07 March, 2006  04:12:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) 2004-CV-3225-JES-CCHE ) |
| C.B. ACCOUNTS, INC., | ) ) |
| Defendant. | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION TO SET SETTLEMENT CONFERENCE**

Plaintiffs, CARSON CONAWAY and MELISSA CONAWAY, by and through their attorney, Douglas J. Quivey of Londrigan, Potter & Randle, P.C., in response to Defendant's Motion to Set Settlement Conference, state as follows:

1. Pursuant to Local Rule 16.1(B), the Court has the authority to order the parties to a settlement conference.

2. Plaintiffs and their counsel have a difference of opinion as to how to respond to Defendant's previous settlement offer.

3. A settlement conference may allow Plaintiffs an opportunity to gain perspective from a neutral source and may lead to a fair and equitable resolution of the case.

WHEREFORE, Plaintiffs have no objection to Defendant's Motion.

CARSON CONAWAY and MELISSA
CONAWAY, Plaintiffs


By/s/ Douglas J. Quivey
Douglas J. Quivey Bar No. 6225888
Attorney for Plaintiffs
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com

> By: s/ Douglas J. Quivey
> Douglas J. Quivey Bar Number: 6225888
> Attorney for Plaintiffs
> LONDRIGAN, POTTER & RANDLE, P.C.
> 1227 South 7th Street
> P.O. Box 399
> Springfield, Illinois 62705
> Telephone: (217) 544-9823
> Fax: (217) 544-9826
> E-Mail: doug@lprpc.com