E-FILED
Thursday, 20 April, 2006  02:10:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CARSON CONAWAY and MELISSA CONAWAY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No.: 04-CV-3225 |
| | ) |
| C B ACCOUNTS, INC., | ) |
| | ) |
| Defendant. | ) |

FILED
APR 2 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have United States Magistrate Judge Byron G. Cudmore conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

s/Douglas J. Quivey
PLAINTIFFS' COUNSEL

s/D. Bradley Blodgett
DEFENDANT'S COUNSEL

19 April 2006
DATE

April 19, 2006
DATE

_____
PLAINTIFFS' COUNSEL

_____
DEFENDANT'S COUNSEL

_____
DATE

_____
DATE

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Byron G. Cudmore for all further proceedings and the entry of judgment in accordance with Title 28, U.S.C. Section 636(c) and the foregoing consent of the parties.

April 19, 2006
DATE

s/Jeanne E. Scott
JEANNE SCOTT
UNITED STATES DISTRICT JUDGE