IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CARSON CONAWAY & MELISSA CONAWAY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) 2004-CV-3225-JES-CCHE ) |
| C.B. ACCOUNTS, INC., | ) ) |
| Defendant. | ) |

**<u>STIPULATION OF DISMISSAL</u>**

Plaintiffs, CARSON CONAWAY and MELISSA CONAWAY, by their attorney, and Defendant, C.B. ACCOUNTS, INC., by its attorney, hereby stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 and in support state:

1. The parties in the above-referenced matter have reached an agreement to settle the above captioned case with prejudice.

2. The parties agree to pay their own costs.

WHEREFORE, by agreement, the parties pray that the case be dismissed.

Respectfully submitted,

Carson and Melissa Conaway, Plaintiffs

By<u>/s/ Douglas J. Quivey</u>
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiffs
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: <u>doug@lprpc.com</u>

C.B. Accounts, Inc., Defendant

By: /s/ D. Bradley Blodgett
D. Bradley Blodgett Bar Number: 0231134
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: bblodgett@hinshawlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: bblodgett@hinshawlaw.com

    By: s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiffs
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217) 544-9826
E-Mail: doug@lprpc.com